**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

*RECEIVED*     3:06 cv 655

*JUL 24 A 10 21*

| United States District Court | District |
| --- | --- |
| Name (under which you were convicted): *Sonja E. Whitlow* | Docket or Case No.: *CC-04-325-C* |
| Place of Confinement: *Lee County Justice Center* | Prisoner No.: |
| Petitioner (include the name under which you were convicted) *Sonja E. Whitlow* ~~Hollis Parsons~~ v. | Respondent (authorized person having custody of petitioner) *Judge Denson* |
| The Attorney General of the State of *Alabama* | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: *Circuit Court, ~~case~~ 2311 Gateway Dr; Judge Denson*

   (b) Criminal docket or case number (if you know): *CC-04-325-C*

2. (a) Date of the judgment of conviction (if you know): *May 2006*

   (b) Date of sentencing: *Double Jeopardy*

3. Length of sentence: *indefinite*

4. In this case, were you convicted on more than one count or of more than one crime?     Yes ☑     No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: *Criminal trespassing, paranoia about drug, Malice, purge new group home indefinitely that they is not trying to get me in*

6. (a) What was your plea? (Check one)

   (1)     Not guilty ☐         (3)     Nolo contendere (no contest) ☐

   (2)     Guilty ☑             (4)     Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _a_ _Dwn_ _gei_ _n_ _au_ _I'm_ _just_ _sitting_ _here_ _without_ _any_ _really_ _sentence_ _____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☐        Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☑  No ☐

8. Did you appeal from the judgment of conviction?

    Yes ☐  No ☑

9. If you did appeal, answer the following:

    (a) Name of court: _Circuit Court_ _____

    (b) Docket or case number (if you know): _CC-04-325-C_ ____

    (c) Result: _purge - treat group here_ ____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

(g) Did you seek further review by a higher state court?    Yes ☐  No ☑

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    _____

    _____

    _____

(h) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐ No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: Circuit Court

        (2) Docket or case number (if you know): CC-04- '325-C

        (3) Date of filing (if you know): May 2006

        (4) Nature of the proceeding: Group home

        (5) Grounds raised: Reni sentence in a group home for indefinitely period of time. Oh Tommi Cann kept me from being released; to go to a Group home.

        _____

        _____

        _____

        _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐ No ☑ They felt I need to go to a group home.

        (7) Result: They ~~felt that I need to be placed here~~

        (8) Date of result (if you know): May 2006

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: Circut court

        (2) Docket or case number (if you know): CC-04-325-C

        (3) Date of filing (if you know): May 2,904

        (4) Nature of the proceeding: to be release

        (5) Grounds raised: Didn't have an attorney at hearing upon my release. and they said for me to be place in custody until a group home placement come up. They might

_not close up; when no one is checking
on me, my social worker said it's out of
her hand._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _none (where given), just suggestion._

(8) Date of result (if you know): _April 2006_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _CC-04-325-C - Circuit Court_

(2) Docket or case number (if you know): _CC-04-325-C_

(3) Date of filing (if you know): _May 2006_

(4) Nature of the proceeding: _Being released_

(5) Grounds raised: _about_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     Yes ☐  No ☐

(2) Second petition:   Yes ☐  No ☐

(3) Third petition:     Yes ☐  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** *Being held indenfinatly in State Custody.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

*They sentence me to a prop home for a time uncertainly, and I don't know when I am going to be release.*

(b) If you did not exhaust your state remedies on Ground One, explain why: *Did feel it was going to take this long.*

(c) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☐

  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

  _____

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☐  No ☑

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *They didn't give me anything pertainng to my case.*

(3) Did you receive a hearing on your motion or petition?

Yes ☑  No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: *I've written the judge a letter to be presented back in court.*

**GROUND TWO:** *Denied an right to an attorney at my hearing.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

*Upon my release hearing James Eason appeared but no attorney appeared which I feel is unfair trial. I would like to have a re-trial or a new hearing.*

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: *Because i el*
*the suyt i would be treated fairly!*

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑  No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _Double - Jeardy_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_I was sentence to a judge. And after coming_
_back before him again for the same charge_
_he decide to place me in a group home evidently_

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _I would think_
_he would keep all back-up for this long._

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏  No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❏  No ❏

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

        _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?        Yes ❑  No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b)  Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?          Yes ❑  No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ❏  No ❏

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: *Laura Hamsdale. 100 Avenue A, opelika, al 3001*

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❏  No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: *July 17, 2006*

(c) Give the length of the other sentence: *90 days (concurred)*

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❏  No ❏  *Have Attorney Doing now*

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *To be brought before a judge on my case*

or any other relief to which petitioner may be entitled. *Charge dropped*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *July 20* *2006* (month, date, year):

Executed (signed) on *7/20/2006* (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

* * * * *