**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article

Sheriff Jay Jones
Lee County Detention Facility
PO Box 2407
Opelika, AL 36803-2407

06-655 OP+Pet

2. Article Number
(Transfer from service label)

7005 1820 0002 3461 3530

PS Form 3811, February 2004    Domestic Return Receipt    95-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bruck_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Deana Budd

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes