IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SONJA WHITLOW,                          )
                                        )
        Petitioner,                     )
                                        )
v.                                      )  CIVIL ACTION NO.
                                        )    3:06-CV-655-MEF
JUDGE DENSON, et al.,                   )
                                        )
        Respondents.                    )

## MOTION FOR ENLARGEMENT

Come now the Respondents in the above-styled cause and request an

enlargement of fourteen days to respond to this Court's Order to Show Cause.

Counsel for the Respondents has been involved in other work in the appellate

courts of the State of Alabama and therefore has had insufficient time in which to

complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents

pray that this Honorable Court will grant this request for fourteen days to respond

to Whitlow's habeas corpus petition.

I am this date mailing a copy of this request for an extension of time to the petitioner.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:

s/Marcus S. Bass (BAS020)
Marcus S. Bass
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2006, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system and I hereby

certify that I have mailed by United States Postal Service the document to the

following non-CM/ECF participants:  Sonja Whitlow, Detainee, Lee County

Justice Center, 2311 Gateway Drive, Suite 104, Opelika, Alabama 36801-6877.

s/Marcus S. Bass
Marcus S. Bass (BAS020)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: mbass@ago.state.al.us

168783/97991-001

3