IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| SONJA WHITLOW, #136698, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:06-cv-655-MEF |
| ) | |
| JOHN DENSON, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 20, 2006 (Doc. #10), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice as this court lacks jurisdiction to consider the petitioner's claims for relief.

DONE this the 16th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE